MICHAEL COLEMAN, Respondent, *v.* INTERURBAN STREET RAILWAY COMPANY, Appellant.

*Coleman* v. *Interurban Street Ry. Co.,* 111 App. Div. 915, affirmed.
(Argued December 14, 1906; decided January 8, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 5, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*E. D. O'Brien, Bayard H. Ames, Walter H. Wood* and *Henry A. Robinson* for appellant.

*John C. Robinson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ. Not sitting: O'BRIEN, J.